USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/1/2020

## PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

September 29, 2020

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA CM/ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Joseph Guglielmo v. ECS Tuning, LLC*
      Case No.: 1:20-cv-05368-ALC

Dear Judge Carter:

Defendant ECS Tuning, LLC submits this letter to request an extension of the time for Defendant to respond to the complaint in this action. The current deadline to respond is September 30, 2020. However, the parties in this case have executed both a settlement agreement and consent decree. On September 14, 2020, undersigned counsel filed a Letter Motion for Leave to File Consent Decree (D.I. 9), which is currently pending before Your Honor.

In light of the current posture of the case, Defendant respectfully requests an extension to respond to the complaint until October 30, 2020. Plaintiff consents to this request. No other scheduled dates will be affected should the Court grant this request. The rationale behind this extension is to preserve the Court's resources, as well as those of Plaintiff and Defendant, as well as to allow time for the Court to rule on the consent decree.

Respectfully submitted,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/1/20

149672678.1
Perkins Coie LLP